**RECEIVED**

JUN 22 2022

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)<br>JANELLE LEE CLINE, )<br>ALEJANDRO DIAZ, )<br>MEGAN KAYLEEN JOHNSON, )<br>SAMANTHA MAE NEEMANN, and )<br>HAI D. NGUYEN, )<br>)<br>Defendants. ) | Criminal No.   1:22-cr-00030<br><br>**INDICTMENT**   - Amended<br><br>T. 21, U.S.C. §§ 841(a)(1), (b)(1)(B)<br>T. 21, U.S.C. § 846<br>T. 18, U.S.C. §§ 924(c)(1), (d)<br>T. 18, U.S.C. § 2<br><br>On 6/27/2022, Judge Walters granted Gov't Motion to amend Indictment changing def. last name from Neeman to Neemann.  On 7/5/2022, Judge Adams granted Gov't Motion to amend Indictment changing def. 3's first name from Meghan to Megan. |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy to Distribute a Controlled Substance)**

From an unknown date but beginning at least as early as September 2021 and continuing up to and including May 20, 2022, in the Southern District of Iowa and elsewhere, the Defendants, JANELLE LEE CLINE, ALEJANDRO DIAZ, MEGAN KAYLEEN JOHNSON, SAMANTHA MAE NEEMANN, and HAI D. NGUYEN conspired with each other and with other persons, known and unknown to the Grand Jury, to knowingly and intentionally, distribute a controlled substance, namely fentanyl, in violation of Title 21, United States Code, Section 841 (a)(1); with said controlled substance being 40 grams or more of a mixture or substance containing fentanyl, a Schedule II controlled substance.  With respect to JANELLE LEE CLINE, ALEJANDRO DIAZ, MEGAN KAYLEEN JOHNSON, and SAMANTHA MAE NEEMANN, conduct as members of the above conspiracy includes the reasonably foreseeable death or serious bodily injury of C.B., M.D., K.R., and C.P. from the use of fentanyl.

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(Carry a Firearm in Furtherance of Drug Trafficking)**

On or about May 18, 2022, in the Southern District of Iowa, and elsewhere, the Defendants, ALEJANDRO DIAZ and HAI D. NGUYEN, knowingly carried firearms, namely, a loaded 9mm Taurus G2C handgun, serial number ACM617027 and a loaded 9mm Ruger P89 handgun, serial number 314-45674, during and relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, Conspiracy to Distribute a Controlled Substance as charged in Count 1 of this Indictment.

This is a violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

**THE GRAND JURY FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

Upon conviction for the offenses alleged in this Indictment, the defendants, ALEJANDRO DIAZ and HAI D. NGUYEN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including but not limited to, a loaded 9mm Taurus G2C handgun, serial number ACM617027 and a loaded 9mm Ruger P89 handgun, serial number 314-45674, used in any manner to commit or facilitate the commission of said offenses in Counts 1 and 2 of this

Indictment.

This is pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: *[signature]*
Shelly Sudmann
Assistant United States Attorney