RECEIVED
JUL 26 2022
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 1:22-cr-00030 |
| v. | ) | |
| | ) | **SUPERSEDING INDICTMENT** |
| JANELLE LEE CLINE, | ) | |
| ALEJANDRO DIAZ, | ) | T. 21, U.S.C. §§ 841(a)(1), (b)(1)(B) |
| MEGAN KAYLEEN JOHNSON, | ) | T. 21, U.S.C. §§ 846, 853 |
| SAMANTHA MAE NEEMANN, and | ) | T. 18, U.S.C. § 922(a)(6) |
| HAI D. NGUYEN, | ) | T. 18, U.S.C. §§ 924(a)(2), (c)(1)(A), (d) |
| | ) | T. 18, U.S.C. § 2 |
| Defendants. | ) | T. 28, U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(Conspiracy to Distribute a Controlled Substance)**

From an unknown date but beginning at least as early as September 2021 and continuing up to and including May 20, 2022, in the Southern District of Iowa and elsewhere, the Defendants, JANELLE LEE CLINE, ALEJANDRO DIAZ, MEGAN KAYLEEN JOHNSON, SAMANTHA MAE NEEMANN, and HAI D. NGUYEN conspired with each other and with other persons, known and unknown to the Grand Jury, to knowingly and intentionally, distribute a controlled substance, namely fentanyl, in violation of Title 21, United States Code, Section 841(a)(1); with said controlled substance being 40 grams or more of a mixture or substance containing fentanyl, a Schedule II controlled substance. With respect to JANELLE LEE CLINE, ALEJANDRO DIAZ, MEGAN KAYLEEN JOHNSON, and SAMANTHA MAE NEEMANN, conduct as members of the above conspiracy includes the reasonably foreseeable death or serious bodily injury of C.B., M.D., K.R., and C.P. from the use of fentanyl.

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Carry a Firearm in Furtherance of Drug Trafficking)

On or about May 18, 2022, in the Southern District of Iowa, and elsewhere, the Defendants, ALEJANDRO DIAZ and HAI D. NGUYEN, knowingly carried firearms, namely, a loaded 9mm Taurus G2C handgun, serial number ACM617027 and a loaded 9mm Ruger P89 handgun, serial number 314-45674, during and relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, Conspiracy to Distribute a Controlled Substance as charged in Count 1 of this Indictment.

This is a violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (False Statement During Purchase of a Firearm)

On or about December 5, 2021, in the Southern District of Iowa, the Defendant MEGAN KAYLEEN JOHNSON, in connection with the acquisition of a firearm, namely, a Smith & Wesson SD 40, .40 caliber pistol, serial # FDR9872, from Bass Pro Shops Outdoor World #030 in Council Bluffs, Iowa, a licensed dealer in firearms within the meaning of Chapter 33, Title 18, United States Code, knowingly made a false and fictitious statement to Bass Pro, as to a fact material to the lawfulness of such sale of said firearm to the defendant under chapter 44 of Title 18, in that the defendant answered "Yes" to question 21(a) on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, which asked: "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)?" when MEGAN KAYLEEN JOHNSON was in fact purchasing the firearm described above for Anthony David Martinez Jr., a prohibited person.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction for the offenses alleged in this Superseding Indictment, the defendants, ALEJANDRO DIAZ and HAI D. NGUYEN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including but not limited to, a loaded 9mm Taurus G2C handgun, serial number ACM617027 and a loaded 9mm Ruger P89 handgun, serial number 314-45674, used in any manner to commit or facilitate the commission of said offenses in Counts 1 and 2 of this Superseding Indictment.

This is pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

**THE GRAND JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction for the offenses alleged in this Superseding Indictment, the defendant, MEGAN KAYLEEN JOHNSON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including but not limited to, a Smith & Wesson SD 40, .40 caliber pistol, serial # FDR9872, used in any manner to commit or facilitate the commission of said offenses in Counts

1 and 3 of this Superseding Indictment.

This is pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

                                                                                FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney

4